IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ED BAILEY, | ) |
|         Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 10-1039 |
| | ) Magistrate Judge Maureen P. Kelly |
| PENNSYLVANIA DEPARTMENT OF | ) |
| CORRECTIONS; PRISON HEALTH | ) |
| SERVICES; DR. MEYERS, | ) |
|         Defendants. | ) |

**ORDER**

AND NOW, this _3rd_ day of ~~December, 2011~~ _Jan, 2012_, after the Plaintiff, Ed Bailey, filed an action in the above-captioned case, and after Motions to Dismiss were filed by Defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until December 16, 2011, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss Complaint filed by Defendant, Pennsylvania Department of Corrections, ECF No. 25, is granted and the Complaint against it is dismissed with prejudice.

IT IS FURTHER ORDERED that the Motion to Dismiss Plaintiff's Complaint filed by Defendants, Prison Health Services, inc., and Christopher Meyers, ECF No. 14, is granted and the Complaint against them is dismissed without prejudice. _An amended complaint may be filed by 1/31/12. Otherwise, the case will be dismissed._

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty

(30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

								_____
								DONETTA W. AMBROSE
								United States District Judge

cc:	Honorable Maureen P. Kelly
	United States Magistrate Judge

	All Counsel of Record by electronic filing